**Electronically Filed**
**Supreme Court**
**SCWC-12-0000662**
**21-NOV-2012**
**08:51 AM**

SCWC-12-0000662

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LIVIA M. SCOTTO,
Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, DEPARTMENT OF HUMAN SERVICES, ET. AL.,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000662; CIV. NO. 11-1-002757)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner Livia M. Scotto's petition for writ of

certiorari, filed on October 17, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, November 21, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

